NO. CAAP-17-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SCARLETT A. TAYLOR and CHANEL E. TAYLOR,
Plaintiffs-Appellants,
v.
ELISA M. OMEECHEVARRIA, Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10 and ENTITIES 1-10,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3006)


ORDER DENYING MARCH 22, 2018 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF MARCH 8, 2018 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of (1) the March 8, 2018 order dismissing this appeal for lack of appellate jurisdiction, (2) Plaintiffs-Appellants Scarlett A. Taylor and Chanel E. Taylor's (the Taylors) March 22, 2018 motion for reconsideration of the March 8, 2018 order of dismissal pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that the Taylors did not file their March 22, 2018 HRAP Rule 40 motion for reconsideration within ten days after entry of the March 8, 2018 order of dismissal, as HRAP Rule 40(a) requires, and, thus, the Taylors' March 22, 2018 HRAP Rule 40

motion for reconsideration is untimely.  Furthermore, the record reveals that we did not overlook or misapprehend any points of law or fact when we entered the March 8, 2018 order of dismissal.

Therefore, the Taylors' March 22, 2018 HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal is denied.

DATED: Honolulu, Hawai'i, March 28, 2018.

Presiding Judge

Associate Judge

Associate Judge

2